UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| **TODD MARTIN** | **CIVIL ACTION NO. 07-0003-A** |
| -vs- | **JUDGE DRELL** |
| **CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, et al.** | **MAGISTRATE JUDGE KIRK** |

## ORDER OF TRANSFER

Before the Court are motions to transfer this case to the Middle District of Louisiana by Plaintiff (Doc. #11) and by Defendant (Doc. #14). Plaintiff advises the Court that third-party defendant also supports transfer. (See Doc. #44). The basis for the motions to transfer is that this case is related to two cases now pending in the Middle District and regarding an issue (arbitration) which is now pending in the Fifth Circuit. The parties assert that the issues in this case have been extensively litigated in the Middle District and that the presiding judge there, Judge Parker, is intimately familiar with these proceedings.

Therefore, it appears that transfer is appropriate. 28 U.S.C. § 1404(a); In re Volkswagen AG, 371 F.3d 201 (5th Cir. 2004).

For the foregoing reasons, this case is ORDERED TRANSFERRED to the Middle District of Louisiana for further proceedings.

SIGNED on this 11th day of June, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge